**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 6, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

THE HIGH LONESOME RANCH, LLC,

Plaintiff Counterclaim
Defendant - Appellant,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF GARFIELD,

Defendant Counterclaimant
Cross Claimant - Appellee,

and

UNITED STATES OF AMERICA, through its agency, the Bureau of Land Management, a division of the United States Department of Interior,

Defendant Cross
Claim Defendant - Appellee.

------------------------------

PACIFIC LEGAL FOUNDATION; COLORADO FARM BUREAU; NEW MEXICO HABITAT CONSERVATION INITIATIVE; ROCKY MOUNTAIN FARMERS UNION; THE PROPERTY AND ENVIRONMENT RESEARCH CENTER; UTAH FARMERS UNION; WESTERN LANDOWNERS ALLIANCE; COLORADO COUNTIES, INC.,

Amici Curiae.

No. 21-1020
(D.C. No. 1:17-CV-01260-RBJ-GPG)
(D. Colo.)

---

**JUDGMENT**

---

Before **MATHESON**, **EBEL**, and **PHILLIPS**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk