UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 10, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE: 21-1020, High Lonesome Ranch v. Board of County Commissioner, et al**
Dist/Ag docket: 1:17-CV-01260-RBJ-GPG

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 6, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Geoffrey P. Anderson
Jill D. Cantway
Ryan William Cooke
Sean S Cuff
Julian R. Ellis Jr.
Jeffrey Wilson McCoy
Joshua D. McMahon
Christopher Owen Murray

Andrew David Ringel
Glenn Roper
John Luther Smeltzer
Frederick Richard Yarger

CMW/lg